DAYLE ELIESON
United States Attorney
PATRICK BURNS
Assistant United States Attorneys
Nevada State Bar #: 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336/FAX: (702) 388-6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUZANNE MARKS, et al.,<br><br>Defendant. | Case No.: 2:99-cr-00157-JCM-PAL<br><br>**GOVERNMENT'S RULE 48 MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT SUZANNE MARKS** |

The United State of America, by and through DAYLE ELIESON, United States Attorney, and PATRICK BURNS, Assistant United States Attorney, hereby respectfully submits this Government's Rule 48 Motion to Dismiss the Indictment as to Defendant Suzanne Marks.

### Memorandum of Points and Authorities

**A. Legal Standard for Government's Voluntary Dismissal of an Indictment**

Rule 48(a) of the Federal Rules of Criminal Procedure, governing "Dismissal, (a) By the Government," provides that, "The government may, with leave of court, dismiss an indictment, information, or complaint. The government may not dismiss the

prosecution during trial without the defendant's consent." Upon showing of a proper purpose, a prosecutor's Rule 48 motion to dismiss should be granted. *See, e.g.*, *United States v. Smith*, 55 F.3d 157 (4th Cir. 1995).

### B. Good Cause Supports Dismissing the Indictment as to Defendant Suzanne Marks

Good cause exists for granting the Government leave to dismiss the Indictment as to Defendant Suzanne Marks. The Government previously moved successfully to dismiss the indictment as to Defendant Suzanne Marks's co-defendant and husband, Larry Marks. ECF No. 22. The AUSA filing that motion intended to seek dismissal of the indictment as to Defendant Suzanne Marks as well, but through clerical error on the Government's part, the motion was not so applied to this defendant. The same reasons underlying the dismissal as to her co-defendant apply to Defendant Suzanne Marks. See ECF No. 22.

### Conclusion

WHEREFORE, after consideration of the included facts, points, authorities, exhibits, and arguments, the United States respectfully requests that this Court dismiss the Indictment as to Defendant Suzanne Marks.

DATED this 29th day of March, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

//s//

PATRICK BURNS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUZANNE MARKS, et al.,<br><br>　　　　　Defendant. | Case No.: 2:99-cr-00157-JCM-PAL<br><br>**ORDER DISMISSING THE INDICTMENT AS TO DEFENDANT SUZANNE MARKS** |

Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses, as to Defendant Suzanne Marks, the Criminal Indictment filed on April 14, 1999. Leave of Court is granted for the filing of the foregoing dismissal and the case is dismissed as to Defendant Suzanne Marks. Any and all warrants for Defendant Suzanne Marks's arrest arising out of this case, including that issued on April 14, 1999, are hereby quashed.

DATED June 6, 2018.

_____
JUDGE JAMES C. MAHAN
United States District Judge